# 604  DECISIONS IN CASES NOT REPORTED.

The People of the State of New York *ex rel.* John H. Post, v. Hugh J. Grant, Sheriff, etc.— Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

William H. M. Sanger, Respondent, v. James M. Seymour and others, Appellants.—Judgment reversed and new trial ordered, with costs to abide the event. Opinion by Bartlett, J.

Ellis K. Powers, Executor, etc., Appellant, v. Francis W. Savin and others, Respondents.— Judgment reversed, and new trial ordered before another referee, with costs to the plaintiff, to abide event. Opinion by Macomber, J.

Frank A. Gamble, Respondent, v. Edward Hine, Appellant. — Judgment affirmed, with costs. Opinion by Macomber, J.

Charles T. Jackson, Appellant, v. William R. Appleton, Respondent. — Order vacating order of arrest affirmed, with costs and disbursements. Opinion by Macomber, J.

Adam Geyer, Appellant, v. Henry D. Brewster and others, Respondents.—Judgment affirmed, with costs. Opinion by Macomber, J.

Adam Geyer, Appellant, v. George Lawrence and others, Respondents.—Judgment affirmed, with costs. Opinion by Macomber, J.

Anna E. Rudd and others, Appellants, v. Margaret E. Beardsley, Respondent. — Judgment affirmed, with costs. Opinion by Macomber, J.

Maria H. Hotchkiss, Administratrix, etc., and others, Appellants, v. Charles A. Hotchkiss, Respondent.

Same, Appellants, v. Anna M. Hotchkiss, Respondent.— Order appealed from affirmed, with ten dollars costs as of one action and disbursements in both. Opinion by Macomber, J.

Henry Bornkamp, Appellant, v. Gustav Boehm and others, Respondents.—Judgment affirmed, with costs. Opinion by Macomber, J.

The National State Bank, etc., Respondent, v. George H. Richardson, Appellant.—Judgment affirmed, with costs. Opinion by Macomber, J.

Ignatius Macmanus and others, Appellants, v. Horace K. Thurber and others, Respondents.— Judgment affirmed, with costs. Opinion by Macomber, J.

Albert G. Dearing, Appellant, v. Cyrus A. Sears, Respondent. — Judgment reversed, and new trial granted, with costs to the appellant, to abide the event. Opinion by Bartlett, J.

Solomon Sayles, Respondent, v. James Jourdan, Appellant. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Julia A. Young, Respondent, v. Southrick E. Hebbard, Appellant. — Judgment and order affirmed. Opinion by Daniels, J.

Frances L. Ledyard, as Administratrix, etc., Appellant, v. William L Bull and others, Respondents.—Judgment affirmed, with costs. Opinion by Van Brunt, P. J.; dissenting opinion by Daniels, J.

Charles E. Copeland and another, Respondents,

v. The Johnson Manufacturing Company, Appellant. — Judgment affirmed, with costs. Opinions by Van Brunt, P. J., and Daniels, J.

Morris Rubens and others, Plaintiffs, v. Percy C. Drake and others, Defendants. — Judgment and order affirmed, with costs. Opinion by Van Brunt, P. J.

Aloah Fowler and others, Appellants, v. Ada Ingersoll and others, Respondents.—Judgment reversed and new trial ordered, with costs to appellant to abide event. Opinion by Van Brunt, P. J.

Matter of the Petition of George W. McLean, Receiver of Taxes, etc.—Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Herman Gotze and others, Respondents, v. John Dunphy, Appellant. — Judgment and order reversed and new trial ordered, with costs to defendant, to abide event. Opinion by Daniels, J.

George D. Smith, Appellant, v. M. Edwin Servis, Respondent.—Order modified, and as modified affirmed. Opinions by Daniels and Bartlett, JJ.

Almira Lee, Respondent, v. The Co-operative Life and Accident Association of the United States, Appellant.—Order reversed, with usual costs and disbursements, and motion granted setting aside attachment. Opinion by Daniels, J.

George Rice, Respondent, v. John D. Rockefeller and others, Appellants. — Order modified as directed in opinion, without costs. Opinion by Daniels, J.

In the Matter of the Judicial Settlement of Accounts of Henry R. Marshall and others, Executors, etc.—Order affirmed as directed in opinion. Opinion by Daniels, J.

Isaac Wolf, by his Guardian, etc., Respondent, v. The Houston Street, etc.. Railroad Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

In the Matter of the Estate of Winifred Austin (*In re* Leonidas S. Osborn). — Order reversed, with ten dollars costs and disbursements, with leave to renew upon additional papers. Opinion by Van Brunt, P. J.

In the Matter of the Estate of Winifred Austin (*In re* Winifred Osborn). — Order reversed, with ten dollars costs and disbursements, with leave to renew upon additional papers. Opinion by Van Brunt, P. J.

In the Matter of Thomas J. Clute, etc.—Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Arthur Dyett, as Survivor, etc., Respondent, v. James M. Seymour and others, Appellants.— Order reversed, with ten dollars costs and disbursements to appellant, to abide final event, and leave to plaintiff, after examination of defendant, etc., to apply to court for order directing production of books for inspection. Opinion by Van Brunt, P. J.

---

## THIRD DEPARTMENT, NOVEMBER TERM, 1888.

The People of the State of New York, Respondent, v. Macek Pavlik, Appellant. — Judgment and conviction reversed and new trial granted. Opinion by Ingalls, J.

The People of the State of New York, Respondent, v. Earl Fox, Appellant. — Judgment and conviction reversed and new trial granted. Opinion by Learned, P. J.

Emeline Bowers, Appellant, v. William C. Smith and others, Executors, etc., Respondents.— Judgment affirmed, with costs. Opinion by Landon, J.

Amasa R. Moore, Appellant, v. John M. Francis and others, Respondents.—Judgment affirmed,

with costs. Opinion by Learned, P. J., and Landon, J.

Evah Brothers, Respondent, v. The California Insurance Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Ingalls, J.

Jacob H. Snyder, Appellant, v. Thomas O'Connor, Respondent. — Judgment affirmed, with costs. Opinion by Landon, J.

John A. Foley, Respondent, v. The City of Troy, Appellant. — Judgment and order affirmed, with costs. Opinion by Ingalls, J.

George Ney, Respondent, v. The City of Troy, Appellant.—Judgment and order affirmed, with costs. Opinion by Learned, P. J.